UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,        :        21-Cr. 249 (SHS)

    -v-                          :        CONSENT TO PROCEED BY
                                          VIDEOCONFERENCE OR
COURTNEY SCHLOSS                 :        TELECONFERENCE

            Defendant.           :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Defendant __Courtney Schloss__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence


__s/s Sidney H. Stein__                           __[signature]__
Defendant's Signature (Judge may obtain           Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant


__COURTNEY SCHLOSS__                              __LANCE LAZZARO__
Print Defendant's Name                            Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

__June 3, 2021__                                  __[signature: Sidney H. Stein]__
Date                                              Sidney H. Stein, U.S.D.J.