UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -against- | : | <u>ORDER</u> |
| COURTNEY SCHLOSS, | : | |
| Defendant(s). | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant's attorney, Lance Lazzaro, failed to appear in Court today for a long scheduled pretrial conference in this matter. Due to Mr. Lazzaro's absence, the Court was unable to arraign the defendant. The Court therefor set an adjourned date for the arraignment to take place on Friday, October 15, at 11:00 a.m. Mr. Lazzaro's office has informed chambers that he is unavailable on that date Accordingly,

    IT IS HEREBY ORDERED that the arraignment of Courtney Schloss is adjourned to Wednesday, October 13, 2021, at 4:00 p.m., in Courtroom 23A. Mr. Lazzaro is directed to appear at that time and place.

Dated: New York, New York
         October 12, 2021

                                                      SO ORDERED:

                                                      Sidney H. Stein, U.S.D.J.