UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -against- | : | <u>ORDER</u> |
| COURTNEY SCHLOSS, | : | |
| Defendant(s). | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court having been informed that the U.S. Marshal Service is unable to transport defendant to Court today,

    IT IS HEREBY ORDERED that the arraignment scheduled for today at 4:00 p.m. is adjourned to Thursday, October 28, 2021, at 4:30 p.m., in Courtroom 23A. Mr. Lazzaro is directed to appear in Courtroom 23A on October 28 at 4:30 p.m. The new date has been confirmed with Mr. Lazzaro's office.

Dated: New York, New York
       October 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.