UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -against- | : | ORDER |
| COURTNEY SCHLOSS, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the arraignment scheduled for today at 4:30 p.m. is adjourned to Tuesday, November 9, 2021, at 3:30 p.m. and will take place in Courtroom 23A at the U.S. Courthouse.

Dated: New York, New York
       October 28, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.