UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,            :      21-Cr-249 (SHS)

       -against-                :

COURTNEY SCHLOSS,            :      ORDER

           Defendant(s).    :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

        At the request of defendant,

        IT IS HEREBY ORDERED that retained attorney Lance Lazzaro is relieved, and

retained attorney Elena Fast, who filed a notice of appearance on December 10, 2021, will

assume representation of defendant.

Dated: New York, New York
      December 13, 2021

                             SO ORDERED:

                             Sidney H. Stein, U.S.D.J.