UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -against- | : | <u>ORDER</u> |
| COURTNEY SCHLOSS, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a change of plea hearing in this matter on May 24, 2022, at 3:00 p.m.

Dated: New York, New York
       May 11, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.