UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -v- | : | ORDER |
| COURTNEY SCHLOSS, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court having reviewed defendant's motion to proceed *in forma pauperis* and the attached Affirmation in Support [Doc. No. 295],

IT IS HEREBY ORDERED that:

1. Defendant's motion to proceed *in forma pauperis* [Doc. No. 295] is granted; and

2. The $505.00 appeal filing fee is waived.

Dated: New York, New York
       December 13, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.